

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
MARINO MRAZ,

                    Plaintiff,                    MEMORANDUM AND ORDER
        -against-                                 Case No. 05-CV-1476 (FB)(LB)

LUFTHANSA GERMAN AIRLINES,

                    Defendant.
------------------------------------------------------x
```

*Appearances:*
*For the Plaintiff:*
MARINO MRAZ, *pro se*
37-07 36th Avenue
Long Island City, NY 11101

*For the Defendant:*
PETER F. VETRO, ESQ.
Gallagher Gosseen Faller & Crowley
1010 Franklin Avenue, Suite 400
Garden City, NY 11530-2927

**BLOCK, Senior District Judge:**

Pursuant to the parties' settlement agreement, concluded in open court on February 23, 2006, the complaint in this action is dismissed.

**SO ORDERED.**

FB

_____
FREDERIC BLOCK
United States Senior District Judge

Brooklyn, New York
February 23, 2006